**25-31666**

**FILED**

2025 DEC 23 P 1:

CLERK
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

Certificate Number: 14751-TXW-CC-040430501

14751-TXW-CC-040430501

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 19, 2025</u>, at <u>8:24</u> o'clock <u>AM PST</u>, <u>Ceasar Urias</u> received from <u>$$$$$$0$ BK Class, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>December 19, 2025</u>        By:    <u>/s/AMEY AIONO</u>

                                      Name:  <u>AMEY AIONO</u>

                                      Title: <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).